IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA, FOURTH DIVISION

JOSEPH A. GLENN, JAMES LAMBERT,
RONNIE L. PATTERSON, AND
RODNEY ANDERSON,

Civil File No: 08cv1179
JMRIFLN

Plaintiffs,

vs.

**SUMMONS IN A CIVIL CASE**

PFIZER, INC., a Delaware Corporation;
PHARMACIA CORPORATION,
a Delaware Corporation; and
G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),
a Delaware Corporation,

Defendants.

TO:   Pfizer, Inc.
      c/o CT Corporation System, Inc.
      Suite 1075 Fifth Street
      100 South Fifth Street
      Minneapolis, MN 55402

Pharmacia Corporation
c/o CT Corporation System, Inc.
208 South LaSalle Street, Suite 814
Chicago, IL 60604

G.D. Searle LLC
CT Corporation System, Inc.
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S

ATTORNEY,   Martha K. Wivell, Esq.
            MN Bar #128090
            Attorney at Law
            Box 339
            Cook, MN 55723
            Telephone: (218) 666-0250

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
Clerk
_____
Deputy Clerk

APR 3 0 2008
_____
Date

AFFIDAVIT OF PERSONAL SERVICE

STATE OF MINNESOTA

COUNTY OF HENNEPIN

Re: Joseph Glenn, James Lambert, Ronnie Patterson, Rodney Anderson v. Pfizer, Inc., Pharmacia Corporation and G.D. Searle LLC

Court File No: 08 cv 1179 JMR/FLN

Stephen J. Randall, being of legal age and being duly sworn under oath, states that on April 30, 2008 he served the following:

1. Civil Cover Sheet;
2. Summons;
3. Complaint and Jury Demand.

Upon: Pfizer, Inc.
c/o CT Corporation System, Inc.
Suite 1075 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402

By handing to and leaving with Deb Van Ness, Corporate Legal operation Specialist.

Stephen Randall

Sworn to me this 30th day of April, 2008

Notary Public



GALE D PEARSON
Notary Public – Minnesota
My Commission Expires 01/31/2010