IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA, FOURTH DIVISION

JOSEPH A. GLENN, JAMES LAMBERT,
RONNIE L. PATTERSON, AND
RODNEY ANDERSON,

Civil File No: 08cv1179
JMR|FLN

Plaintiffs,

vs.

SUMMONS IN A CIVIL CASE

PFIZER, INC., a Delaware Corporation;
PHARMACIA CORPORATION,
a Delaware Corporation; and
G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),
a Delaware Corporation,

Defendants.

TO: Pfizer, Inc.
c/o CT Corporation System, Inc.
Suite 1075 Fifth Street
100 South Fifth Street
Minneapolis, MN 55402

Pharmacia Corporation
c/o CT Corporation System, Inc.
208 South LaSalle Street, Suite 814
Chicago, IL 60604

G.D. Searle LLC
CT Corporation System, Inc.
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S

ATTORNEY,    Martha K. Wivell, Esq.
MN Bar #128090
Attorney at Law
Box 339
Cook, MN 55723
Telephone: (218) 666-0250

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 30 2008

Clerk
Deputy Clerk

Date

**METRO LEGAL SERVICES**
Legal Support Specialists Since 1969

Metro Legal Serial # PEARAS 33879 5031
Re: 08-cv-1179 JMR/FLN

**STATE OF ILLINOIS**

**COUNTY OF COOK**

**AFFIDAVIT OF SERVICE**

_____Justin Turner_____, being duly sworn, on oath says that on
(Name of Server)

__5__/__1__/2008 at __2__:__40__ __P__M
(Date of Service)     (Time of Service)

s(he) served the attached: Civil Cover Sheet; Summons; and Complaint

upon: G.D. Searle LLC, (fka G.D. Searle & Co.), a Delaware Corporation

therein named, personally at:   CT Corporation System
                                208 South Lasalle Street
                                Suite 814
                                Chicago, IL 60604

by handing to and leaving with:

_____Dawn Schulz_____ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at CT Corporation System, the Registered Agent for G.D. Searle LLC, (fka G.D. Searle & Co.), a Delaware Corporation, expressly authorized to accept service of process for same, a true and correct copy thereof.

Subscribed and Sworn to before me

__5__/__2__/2008.

(Signature of Notary)

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

(Signature of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215