IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA, FOURTH DIVISION

JOSEPH A. GLENN, JAMES LAMBERT,
RONNIE L. PATTERSON, AND
RODNEY ANDERSON,

          Plaintiffs,

vs.

PFIZER, INC., a Delaware Corporation;
PHARMACIA CORPORATION,
a Delaware Corporation; and
G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),
a Delaware Corporation,

          Defendants.

Civil File No: 08cv1179
JMR|FLN

**SUMMONS IN A CIVIL CASE**

TO:    Pfizer, Inc.
         c/o CT Corporation System, Inc.
         Suite 1075 Fifth Street
         100 South Fifth Street
         Minneapolis, MN 55402

Pharmacia Corporation
c/o CT Corporation System, Inc.
208 South LaSalle Street, Suite 814
Chicago, IL 60604

G.D. Searle LLC
CT Corporation System, Inc.
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S

ATTORNEY,    Martha K. Wivell, Esq.
                    MN Bar #128090
                    Attorney at Law
                    Box 339
                    Cook, MN 55723
                    Telephone: (218) 666-0250

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after
service.

_____
Clerk
_____
Deputy Clerk

APR 3 0 2008
_____
Date

**METRO LEGAL SERVICES**
Legal Support Specialists Since 1969

Metro Legal Serial # PEARAS 33878 5030
Re: 08-cv-1179 JMR/FLN

**STATE OF ILLINOIS**                                         **AFFIDAVIT OF SERVICE**
**COUNTY OF COOK**

_____Justin Turner_____, being duly sworn, on oath says that on
           (Name of Server)

__5__/__1__/2008 at __2__:__40__ P M
(Date of Service)      (Time of Service)

s(he) served the attached: Civil Cover Sheet; Summons; and Complaint

upon: Pharmacia Corporation, a Delaware Corporation

therein named, personally at:    CT Corporation System
                                 208 South Lasalle Street
                                 Suite 814
                                 Chicago, IL 60604

by handing to and leaving with:

_____Dawn Schulz_____ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at CT Corporation System, the Registered Agent for Pharmacia Corporation, a Delaware
Corporation, expressly authorized to accept service of process for same, a true and correct
copy thereof.


Subscribed and Sworn to before me
                                                           _____
__5__/__2__/2008.                                                  (Signature of Server)

(Signature of Notary)

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215