CLOSED, CV

# U.S. District Court
## District of Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:08–cv–01179–JMR–FLN

Glenn et al v. Pfizer, Inc. et al<span style="color:red">DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.</span>.
Assigned to: Judge James M. Rosenbaum
Referred to: Magistrate Judge Franklin L. Noel
Cause: 28:1332–pip–Diversity–Personal Injury, Product Liability

Date Filed: 04/30/2008
Date Terminated: 06/09/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Joseph A Glenn**

represented by **Elizabeth–NA L. Dudley**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark–NA B. Hutton**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha K Wivell**
Attorney at Law
PO Box 339
Cook, MN 55723
218–666–0250
Email: mwivell@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James E Lambert**

represented by **Elizabeth–NA L. Dudley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark–NA B. Hutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha K Wivell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronnie L Patterson**

represented by **Elizabeth–NA L. Dudley**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Mark–NA B. Hutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha K Wivell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney L Anderson**                    represented by    **Elizabeth–NA L. Dudley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark–NA B. Hutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha K Wivell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**                    represented by    **Erin M Verneris**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7380
Fax: 612–766–1600
Email: everneris@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7000
Fax: 612–766–1600
Email: jprice@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**                                        represented by **Erin M Verneris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle LLC**                                              represented by **Erin M Verneris**
*formerly known as*                                             (See above for address)
G.D. Searle &Co.                                                *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2008 | Ï 1 | COMPLAINT against Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC ( Filing fee $ 350 receipt number 4–23313), filed by Rodney L Anderson, Joseph A Glenn, James E Lambert, Ronnie L Patterson. Assigned to Judge James M Rosenbaum per Master List, referred to Magistrate Judge Franklin L Noel. (Attachments: # 1 Civil Cover Sheet) (jam)QC'd on 5/9/2008 (mkc). (Entered: 04/30/2008) |
| 04/30/2008 | Ï | Summons Issued as to Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC. (jam) (Entered: 04/30/2008) |
| 05/05/2008 | Ï 2 | SUMMONS Returned Executed by Rodney L Anderson, Joseph A Glenn, James E Lambert, Ronnie L Patterson. Pfizer, Inc. served on 4/30/2008, answer due 5/20/2008. (Wivell, Martha) (Entered: 05/05/2008) |
| 05/16/2008 | Ï 3 | ANSWER to Complaint by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC. (Price, Joseph) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 4 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 5 | CERTIFICATE OF SERVICE by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC re 4 Rule 7.1 – Disclosure Statement, 3 Answer to Complaint (Price, Joseph) (Entered: 05/16/2008) |
| 05/23/2008 | Ï 6 | SUMMONS Returned Executed by Rodney L Anderson, Joseph A Glenn, James E Lambert, Ronnie L Patterson. G.D. Searle LLC served on 5/1/2008, answer due 5/21/2008. (Wivell, Martha) (Entered: 05/23/2008) |
| 05/23/2008 | Ï 7 | SUMMONS Returned Executed by Rodney L Anderson, Joseph A Glenn, James E Lambert, Ronnie L Patterson. Pharmacia Corporation served on 5/1/2008, answer due 5/21/2008. (Wivell, Martha) (Entered: 05/23/2008) |

| 06/09/2008 | Ï 8 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO–103), transferring case to the Northern District of California for coordinated or consolidated pretrial proceedings. Case assigned to Judge Charles R. Boyer. (jam) (Entered: 06/12/2008) |
| 06/09/2008 | Ï | NOTICE: the case has been transferred/extracted to the Northern District of California. (jam) (Entered: 06/12/2008) |